IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLESTER WILLIAMS, | 1:10-cv-01250-LJO-SAB-(PC) |
|     Plaintiff, | ORDER GRANTING MOTION TO AMEND COMPLAINT |
|   vs. | (Docket #16.) |
| SERGEANT R. ANDERSON, | |
|     Defendant. | |
| _____/ | |

     Plaintiff Sylester Williams ("Plaintiff") is a prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. On May 4, 2012, Plaintiff filed a motion requesting leave to file an amended complaint. (Doc. #16.)

     The Court previously granted Plaintiff's August 5, 2011 motion to amend his complaint and informed Plaintiff that, per Federal Rule of Civil Procedure 15(a), Plaintiff may amend his complaint without the Court's permission because a responsive pleading has not yet been served. (Doc. #12.) The Court will grant Plaintiff's May 4, 2012 motion and again inform Plaintiff that he may file an amended complaint without obtaining the Court's permission unless the defendants file a responsive pleading.

/ / /

/ / /

/ / /

Accordingly, it is HEREBY ORDERED that Plaintiff's motion for leave to amend is GRANTED.

IT IS SO ORDERED.

Dated:  **January 8, 2013**                   **/s/ Stanley A. Boone**
                                              UNITED STATES MAGISTRATE JUDGE