# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLESTER WILLIAMS,<br><br>　　　　　　Plaintiff<br><br>　　v.<br><br>SERGEANT R. ANDERSON,<br><br>　　　　　　Defendants | CASE No. 1:10-cv-01250-LJO-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SETTLMENT CONFERENCE AS PREMATURE<br><br>(ECF No. 24) |

　　　　Plaintiff Sylester Williams ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This action was filed on July 13, 2010. (ECF No. 1.) On May 21, 2013, the Court issued an order directing the United States Marshal to initiate service of process on Plaintiff's behalf. May 21, 2013. (ECF No. 23.) The Marshal has not served Defendant yet and the service deadline of September 23, 2013 has not passed. On August 1, 2013, Plaintiff filed a motion for a settlement conference. (ECF No. 24.)

　　　　The Court will set a settlement conference in cases such as this only if both sides believe one will be beneficial. In as much as Defendants have not yet been served, Plaintiff's motion is premature. Accordingly,

　　　　IT IS HEREBY ORDERED that Plaintiff's motion for a settlement conference is DENIED.

IT IS SO ORDERED.

　Dated: **August 8, 2013**　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE