# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLESTER WILLIAMS,<br><br>                Plaintiff<br><br>    v.<br><br>SERGEANT R. ANDERSON,<br><br>                Defendant. | CASE No. 1:10-cv-01250-LJO-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW MOTION FOR DEFAULT JUDGMENT<br><br>(ECF No. 27) |

Plaintiff Sylester Williams ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This action was filed on July 13, 2013. (ECF No. 1.)  On August 12, 2013, Plaintiff filed a declaration for entry of default judgment.  (ECF No. 26.)  On August 14, Plaintiff filed a motion to withdraw the motion for default judgment.  (ECF No. 27.)

IT IS HEREBY ORDERED that Plaintiff's August 14, 2013 motion to withdraw his previous motion for default judgment is GRANTED.

IT IS SO ORDERED.

Dated:   **August 20, 2013**

                                         UNITED STATES MAGISTRATE JUDGE