# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLESTER WILLIAMS,<br><br>              Plaintiff<br><br>     v.<br><br>SERGEANT R. ANDERSON,<br><br>              Defendant. | CASE No. 1:10-cv-01250-LJO-SAB (PC)<br><br>ORDER ASSIGNING ACTION TO MAGISTRATE JUDGE<br><br>(ECF Nos. 36 & 37) |

Plaintiff Sylester Williams, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 13, 2010.  This action is proceeding against Defendant Sergeant Anderson for subjecting Plaintiff to conditions and confinement in violation of the Eighth Amendment.  Plaintiff consented to United States Magistrate Judge jurisdiction on September 26, 2013.  (ECF No. 37.)  Defendant consented to United States Magistrate Judge jurisdiction on September 25, 2013.  (ECF No. 36.)

In light of the fact that Plaintiff and Defendant have voluntarily consented to have a United States Magistrate Judge conduct any and all further proceedings in the case, including the trial and entry of a final judgment, IT IS HEREBY ORDERED that:

1. This action is assigned to United States Magistrate Judge Stanley A. Boone for all purposes within the meaning of 28 U.S.C. § 636(c), to conduct any and all further proceedings in the case, including the trial and entry of final judgment;

///

///

///

2. The Clerk of the Court is directed to reassign this action in its entirety to United States Magistrate Judge Stanley A. Boone; and

3. The new case number shall be 1:10-cv-01250-SAB (PC).

IT IS SO ORDERED.

Dated:   **September 27, 2013**                    **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE