UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLESTER WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SERGEANT R. ANDERSON, et al.,<br><br>　　　　Defendant. | Case No.: 1:10-cv-01250-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW PENDING MOTION TO COMPEL AND EXTENSION OF DISCOVERY DEADLINE<br><br>[ECF Nos. 49, 50, 51] |

　　　　Plaintiff Sylester Williams is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On May 29, 2014, Plaintiff filed a motion to compel discovery along with a motion to extend the discovery deadline. (ECF Nos. 49, 50)

　　　　On June 16, 2014, Plaintiff filed a motion to withdraw the pending motion to compel and motion to extend the discovery deadline. (ECF No. 51.)

　　　　The Court hereby grants Plaintiff's motion to withdraw the motion to compel and motion to extend the discovery deadline filed May 29, 2014, and such motions are DENIED on that basis.

IT IS SO ORDERED.

　　Dated:　**June 27, 2014**　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1