# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLESTER WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>SERGEANT R. ANDERSON, et al.,<br><br>    Defendant. | Case No.: 1:10-cv-01250-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S REQUEST TO MODIFY SCHEDULING ORDER<br><br>[ECF No. 53] |

Plaintiff Sylester Williams is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 30, 2014, Defendant filed a motion to modify the Scheduling Order and extend the time in which Defendant may file a dispositive motion.

Good cause having been presented to the Court,

IT IS HEREBY ORDERED that Defendant is granted up to and including July 24, 2014, in which to file a motion for summary judgment.

IT IS SO ORDERED.

Dated: **June 30, 2014**

UNITED STATES MAGISTRATE JUDGE

1