UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLESTER WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SERGEANT R. ANDERSON, et al.,<br><br>　　　　　Defendant. | Case No.: 1:10-cv-01250-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S OPPOSITION TO DEFENDANT'S REQUEST FOR EXTENSION OF SCHEDULING ORDER<br><br>[ECF No. 61] |

　　　Plaintiff Sylester Williams is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　On June 30, 2014, Defendant requested and this Court granted his request to extend the scheduling deadline. Defendant requested a fourteen day extension to and including July 14, 2014.

　　　On July 31, 2014, Plaintiff filed an opposition to the Court's order granting Defendant's request to extend the scheduling deadline because the deadline was extended to July 24, 2014.

　　　Although Defendant requested only until July 14, 2014, and the Court granted until July 24, 2014, to file a motion for summary judgment (which was filed by Defendant on this date), Plaintiff fails to demonstrate and the Court does not find any prejudice to Plaintiff as a result. Indeed, Plaintiff's case is proceeding in an expeditious manner and Plaintiff's ability to litigate this action

///

///

1

1  efficiently has not been impacted by the Court's June 30, 2014, order granting Defendant's extension
2  of the scheduling deadline.  Accordingly, Plaintiff's objection to such order is OVERRULED.

4  IT IS SO ORDERED.

5  Dated:   **August 1, 2014**

                                              UNITED STATES MAGISTRATE JUDGE