UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLESTER WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SERGEANT R. ANDERSON, et al.,<br><br>　　　　Defendant. | Case No.: 1:10-cv-01250-SAB (PC)<br><br>ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO WITHDRAW DEFENDANT'S RIGHT TO FILE MOTION FOR SUMMARY JUDGMENT<br><br>[ECF No. 65] |

　　　Plaintiff Sylester Williams is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　On August 7, 2014, Plaintiff filed a motion to withdraw his request to denying Defendant's motion for an extension of the scheduling order in which to file a motion for summary judgment. Inasmuch as Plaintiff's opposition to Defendant's request to extend the scheduling order was overruled by order issued August 1, 2014, Plaintiff's present motion is DENIED as MOOT.

IT IS SO ORDERED.

Dated:　__**August 12, 2014**__　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1