1
2
3
4
5
6
7

8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11    SYLESTER WILLIAMS,                    )    Case No.: 1:10-cv-01250-SAB (PC)
                                            )
12                 Plaintiff,               )
                                            )    ORDER DENYING PLAINTIFF'S SECOND
13           v.                             )    REQUEST FOR COUNSEL AND/OR
                                            )    DISCOVERY
14    SERGEANT R. ANDERSON, et al.,         )
                                            )    [ECF No. 75]
15                 Defendant.               )
                                            )
16    _____  )

17           Plaintiff Sylester Williams is appearing pro se and in forma pauperis in this civil rights action

18    pursuant to 42 U.S.C. § 1983.

19           On September 11, 2014, Plaintiff a motion entitled "Plaintiff's further need for counsel or

20    discovery new evidence about defendants actual job hours."  (ECF No. 75]

21           Plaintiff requests the Court intervene to assist him in interpreting and/or reading the medical

22    records submitted with Defendants' motion for summary judgment.  Plaintiff is advised that the Court

23    cannot provide such assistance to Plaintiff, and there is presently no basis for the appointment of

24    counsel.  The Court previously denied Plaintiff's request for appointment of counsel and/or assistance

25    from the Court regarding alleged falsification of evidence on September 2, 2014, and Plaintiff presents

26    no circumstances to warrant counsel and/or reconsideration of the prior order.  (ECF No. 73.)

27           Plaintiff continues to file motions which contain the same essential argument relating to

28    alleged falsification of evidence by Defendants submitted in support of their motion for summary

                                                    1

judgment which only serve to delay the judicial flow and ability of Court to resolve this case in an efficient manner.  Furthermore, despite having been granted two extensions of time to file an opposition to Defendants' pending motion for summary judgment, Plaintiff has yet to file an opposition but has instead continued to file miscellaneous motions relating to the merits of Defendants' motion.   Plaintiff is advised that the Court will not consider and resolve Defendants' motion for summary judgment in a piecemeal manner, thus all of Plaintiff's arguments opposing said motion must be presented in one concise and succinct opposition.

To the extent Plaintiff's present motion may be read at least inferentially to request additional time to file an opposition, in the interest of justice, the Court will give Plaintiff one further, thirty day, opportunity to respond properly to Defendants' motion.  A failure to respond within that time with persuasive law and evidence in opposition to the motion could result in the Court granting the motion. The Court cannot and will not continue to delay the proceedings while Plaintiff seeks to present piecemeal arguments and requests for unspecified evidence after the deadline for discovery has expired.

Based on the foregoing,

IT IS HEREBY ORDERED that

1.      Plaintiff's motion for counsel and/or discovery is DENIED;

2.      Plaintiff has thirty (30) days from the date of service of this order to file an opposition to Defendants' motion for summary judgment; and

3.      No further extensions of time will be entertained, absent a showing of extraordinary circumstances, not present here.

IT IS SO ORDERED.

Dated:   **September 12, 2014**

UNITED STATES MAGISTRATE JUDGE

2