UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLESTER WILLIAMS,<br><br>          Plaintiff,<br><br>   v.<br><br>SERGEANT R. ANDERSON, et al.,<br><br>          Defendant. | Case No.: 1:10-cv-01250-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST TO WITHDRAW DISCOVERY MOTION AS MOOT<br><br>[ECF No. 80] |

    Plaintiff Sylester Williams is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    On September 25, 2014, Plaintiff filed a request to withdraw his discovery motion relating to subpoena duces tecum, filed September 11, 2014.

    Inasmuch as the Court denied Plaintiff's prior request on September 15, 2014, his present motion is DENIED as MOOT.

IT IS SO ORDERED.

Dated: __September 29, 2014__

                                 UNITED STATES MAGISTRATE JUDGE

1