UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLESTER WILLIAMS,<br><br>  Plaintiff,<br><br>v.<br><br>SERGEANT R. ANDERSON, et al.,<br><br>  Defendant. | Case No.: 1:10-cv-01250-SAB (PC)<br><br>ORDER DIRECTING DEFENDANT TO FILE OPPOSITION OR STATEMENT OF NO OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL AND MOTION FOR SUBPOENA WITHIN FIFTEEN DAYS FROM THE DATE OF SERVICE OF THIS ORDER<br><br>[ECF Nos. 83, 84] |

Plaintiff Sylester Williams is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 30, 2014, Plaintiff filed a motion to compel and a motion to allow Plaintiff to subpoena certain log books and time cards.  (ECF Nos. 83, 84.)  Defendant did not file an opposition or statement of no opposition pursuant to Local Rule 230(l).  Defendant is forewarned that Local Rule 230(l) requires an opposition or statement of no opposition, and the failure to do so may be deemed a waiver of any opposition to the granting of the motion and/or imposition of sanctions.  Local Rule 230(l).  Accordingly, within **fifteen (15)** days from the date of service of this order, Defendant shall file an opposition or statement of no opposition to Plaintiff's motions.

IT IS SO ORDERED.

Dated:   **December 2, 2014**

UNITED STATES MAGISTRATE JUDGE

1