UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLESTER WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SERGEANT R. ANDERSON, et al.,<br><br>　　　　Defendant. | Case No.: 1:10-cv-01250-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S MOTION FOR ENLIGHTENMENT AS TO LOCAL RULE 260<br><br>[ECF No. 86] |

Plaintiff Sylester Williams is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to 28 U.S.C. § 636(c), the parties have consented to the jurisdiction of the United States Magistrate Judge. Local Rule 302.

On November 3, 2014, Plaintiff filed a motion requesting the Court to enlighten him on how to file a motion for discovery pursuant to Local Rule 260. Plaintiff seeks information as to how to subpoena certain documents and refuse the falsity of documents.

First, Plaintiff is advised that the Court does not issue advisory opinions or provide legal advice. Pro se litigants are obligated to follow the same rules as represented parties, and that self-representation is not an excuse for noncompliance with court rules. Second, Defendant served a notice on Plaintiff advising him, in view of his pro se status, of the requirements for opposing a summary judgment motion under Rule 56 of the Federal Rules of Civil Procedure. (ECF No. 56); see Rand v. Rowland, 154 F.3d 952 (9th Cir. 1998); Klingele v. Eikenberry, 849 F.2d 409 (9th Cir. 1985).

1  Third, in an order issued concurrently herewith, the Court has denied Plaintiff's motion to compel and motion to subpoena certain discovery documents under Rule 56 of the Federal Rules of Civil Procedure.  Accordingly, Plaintiff's present motion for enlightenment as to Rule 260 is DENIED.

IT IS SO ORDERED.

Dated:   **January 5, 2015**

UNITED STATES MAGISTRATE JUDGE