UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLESTER WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SERGEANT R. ANDERSON, et al.,<br><br>　　　　　Defendant. | Case No.: 1:10-cv-01250-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S EX-PARTE APPLICATION FOR COPY OF COURT DOCKET<br><br>[ECF No. 87] |

  Plaintiff Sylester Williams is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Pursuant to 28 U.S.C. § 636(c), the parties have consented to the jurisdiction of the United States Magistrate Judge.  Local Rule 302.

  On December 1, 2014, Plaintiff filed an ex-parte application for documents.  Plaintiff requests a complete printout of all the documents that was sent and received.

  To the extent Plaintiff requests a complete copy of the court docket in this case, in the interest of justice, the Court will send Plaintiff a courtesy copy of the docket.  However, Plaintiff is advised that it is his responsibility to retain any and all copies of documents filed and received pertaining to this case.  In addition, the Clerk of Court does not ordinarily provide free copies of case documents to parties.  The Clerk charges $.50 per page for copies of documents.  See 28 U.S.C. § 1914(a).  Copies of up to twenty pages may be made by the Clerk's Office at this Court upon written request and prepayment of the copies fee.  The fact that the Court has granted leave for Plaintiff to proceed in

1

1  forma pauperis in this action does not entitle him to free copies of documents.  The Clerk is not
2  required to furnish copies without cost to an indigent plaintiff except pursuant to court order.  28
3  U.S.C. § 2250.
4       Based on the foregoing, IT IS HEREBY ORDERED that the Clerk of Court shall send Plaintiff
5  one complete copy of the court docket in this case.

7  IT IS SO ORDERED.

8  Dated:   **January 5, 2015**
9                                              UNITED STATES MAGISTRATE JUDGE