UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLESTER WILLIAMS, <br><br> Plaintiff, <br><br> v. <br><br> SERGEANT R. ANDERSON, et al., <br><br> Defendant. | Case No.: 1:10-cv-01250-SAB (PC) <br><br> ORDER SETTING TELEPHONIC CONFERENCE CALL |

Plaintiff Sylester Williams is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Pursuant to 28 U.S.C. § 636(c), the parties have consented to the jurisdiction of the United States Magistrate Judge.  Local Rule 302.

On March 10, 2015, the parties' motions for summary judgment were denied.  (ECF No. 112.)

Thus, this action is proceeding against Defendant R. Anderson for deliberate indifference to a substantial risk of serious harm in violation of the Eighth Amendment, and is ready to be set for trial. In the interest of accommodating the parties' schedules, the Court will hold a telephonic hearing for scheduling purposes.

Accordingly,

IT IS HEREBY ORDERED that:

1. A telephonic scheduling hearing will be held on **April 7, 2015, at 10:00 a.m.**, in Courtroom 9 before the undersigned; and

1

2. Counsel shall contact Courtroom Deputy, Mamie Hernandez, at (559) 499-5672, prior to the hearing date, to receive instructions regarding the conference call.

IT IS SO ORDERED.

Dated:   **March 12, 2015**

UNITED STATES MAGISTRATE JUDGE

2