UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLESTER WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>SERGEANT R. ANDERSON, et al.,<br><br>　　　　　Defendant. | Case No.: 1:10-cv-01250-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S REQUEST FOR TELEPHONIC CONFERENCE WITH DEFENSE COUNSEL REGARDING SETTLEMENT NEGOTIATIONS<br><br>[ECF Nos. 115, 116] |

　　　　Plaintiff Sylester Williams is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Pursuant to 28 U.S.C. § 636(c), the parties have consented to the jurisdiction of the United States Magistrate Judge.  Local Rule 302.

　　　　On March 23, 2015, Plaintiff filed a motion for a telephone conference with defense counsel which is dated by Plaintiff on March 15, 2015.  (ECF No. 116.)  On this same date, Plaintiff filed a motion to withdraw his request for a conference, dated March 18, 2015.  (ECF No. 115.)

　　　　The Court is available to assist with settlement of this action at the request of *both* parties. Should the parties agree that the Court's assistance would be beneficial in settlement of this action, they may file a request for a settlement conference and a magistrate judge will be assigned to conduct

///

///

///

1

1  a settlement conference.  Absent a request by both parties demonstrating that a settlement conference
2  may be beneficial, the Court will not order a settlement conference and Plaintiff's request is DENIED
3  without prejudice.

5  IT IS SO ORDERED.

6  Dated:   **April 1, 2015**

                                             UNITED STATES MAGISTRATE JUDGE