UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLESTER WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SERGEANT R. ANDERSON, et al.,<br><br>　　　　　Defendant. | Case No.: 1:10-cv-01250-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST TO WITHDRAW MOTION IN LIMINE FILED APRIL 20, 2015<br><br>[ECF Nos. 121, 122] |

　　　　Plaintiff Sylester Williams is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Pursuant to 28 U.S.C. § 636(c), the parties have consented to the jurisdiction of the United States Magistrate Judge.  Local Rule 302.

　　　　This case is currently set for jury trial on August 25, 2015.  On April 8, 2015, the Court issued the trial scheduling order.  (ECF No. 120.)

　　　　On April 20, 2015, Plaintiff filed a motion in limine to exclude his criminal conviction.  On this same date, Plaintiff filed a motion to withdraw his motion in limine because it was filed in error, and prior to the Court's April 8, 2015, trial scheduling order.

///

///

///

///

1

1   On the basis of good cause and pursuant to Plaintiff's request, the Court grants Plaintiff's request to withdraw his motion in limine filed April 20, 2015, to re-filing in accordance with the Court's April 8, 2015, trial scheduling order.

IT IS SO ORDERED.

Dated:   **April 23, 2015**

UNITED STATES MAGISTRATE JUDGE