UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLESTER WILLIAMS,<br><br>        Plaintiff,<br><br>    v.<br><br>SERGEANT R. ANDERSON, et al.,<br><br>        Defendant. | Case No.: 1:10-cv-01250-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S SECOND REQUEST FOR SETTLEMENT CONFERENCE, WITHOUT PREJUDICE<br><br>[ECF No. 128] |

      Plaintiff Sylester Williams is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to 28 U.S.C. § 636(c), the parties have consented to the jurisdiction of the United States Magistrate Judge. Local Rule 302.

      This case is currently set for jury trial on August 25, 2015. On May 11, 2015, Plaintiff filed a motion for a court settlement conference. (ECF No. 128.) Plaintiff previously filed a request for a settlement conference which was denied on April 1, 2015. (ECF Nos. 116, 118.)

      As Plaintiff was previously advised, the Court is available to assist with settlement of this action at the request of *both* parties. Should the parties agree that the Court's assistance would be beneficial in settlement of this action, they may file a request for a settlement conference and a magistrate judge will be assigned to conduct a settlement conference. Absent a request by both parties

///

///

1

1 demonstrating that a settlement conference may be beneficial, the Court will not order a settlement
2 conference and Plaintiff's request is DENIED without prejudice.

4 IT IS SO ORDERED.

5 Dated:   **May 13, 2015**
6                                           UNITED STATES MAGISTRATE JUDGE