## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLESTER WILLIAMS,<br><br>  Plaintiff,<br><br>  v.<br><br>SERGEANT R. ANDERSON, et al.,<br><br>  Defendant. | Case No.: 1:10-cv-01250-SAB (PC)<br><br>ORDER DIRECTING CLERK'S OFFICE TO RETURN PLAINTIFF'S OFFER OF SETTLEMENT LODGED BY THE COURT ON JULY 6, 2015, AND DIRECTING CLERK OF COURT TO SERVE COPY OF FILING ON TO SERVE ON DEPUTY ATTORNEY GENERAL, KELLI HAMMOND |

Plaintiff Sylester Williams is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to 28 U.S.C. § 636(c), the parties have consented to the jurisdiction of the United States Magistrate Judge. Local Rule 302.

This case is currently set for jury trial on August 25, 2015. On July 6, 2015, Plaintiff submitted a settlement offer which was lodged by the Court. Because Plaintiff's filing deals with a settlement offer, no Court involvement is necessary or appropriate.

Accordingly, it is HEREBY ORDERED that the Clerk of Court shall return the document to Plaintiff and serve a copy of such document on Deputy Attorney General, Kelli Hammond.

IT IS SO ORDERED.

Dated:  **July 12, 2015**

UNITED STATES MAGISTRATE JUDGE

1