UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLESTER WILLIAMS,<br><br>            Plaintiff,<br><br>     v.<br><br>SERGEANT R. ANDERSON, et al.,<br><br>            Defendant. | Case No.: 1:10-cv-01250-SAB (PC)<br><br>ORDER VACATING AUGUST 25, 2015, TRIAL DATE AND RE-SETTING NEW TRIAL DATE<br><br>Telephonic Trial Confirmation Hearing: September 11, 2015, at 9:30 a.m.<br><br>Telephonic Motions in Limine Hearing: October 28, 2015, at 11:00 a.m.<br><br>Jury Trial: November 17, 2015, at 8:30 a.m. in Courtroom 9 (SAB): 3 Days |

Plaintiff Sylester Williams is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Pursuant to 28 U.S.C. § 636(c), the parties have consented to the jurisdiction of the United States Magistrate Judge.  Local Rule 302.

On July 17, 2015, the Court conducted a telephonic trial confirmation hearing, and Deputy Attorney General, Joseph Wheeler appeared on behalf on Defendant Anderson and Plaintiff appeared pro per.

On the basis of good cause, the Court granted Defendant's request for a continuance of the trial date based on the fact that main trial counsel, Kelli Hammond, is currently out on extended medical and is not expected to return to work until the end of August 2015.

Upon the parties' agreement, the August 25, 2015, trial date is VACATED, and the case is re-set for jury trial on **November 17, 2015, at 8:30 a.m.** in Courtroom 9 before the undersigned.  The

1

telephonic trial confirmation hearing will take place on September 11, 2015, and any supplements to the previously filed pretrial statements must be filed on or before the September 4, 2015. The telephonic motions in limine hearing will take place on October 28, 2015, at 11:00 a.m. in Courtroom 9 before the undersigned. The new deadline for service and filing of motions in limine is **October 7, 2015.** The deadline for service and filing of an opposition, if any, is **October 21, 2015**.

Based on the foregoing, it is HEREBY ORDERED that:

1. The August 25, 2015, trial date is VACATED;
2. The matter is re-set for jury trial on **November 17, 2015, at 8:30 a.m.** in Courtroom 9 before the undersigned;
3. Any supplement to the previously filed pretrial statements shall be filed on or before **September 4, 2015**;
4. The telephonic trial confirmation hearing is **September 11, 2015, at 9:30 a.m.** in Courtroom 9 (SAB); and
5. The telephonic motions in limine hearing is **October 28, 2015, at 11:00 a.m.** in Courtroom 9 (SAB).

IT IS SO ORDERED.

Dated:   **July 17, 2015**                                    _____
                                                                              UNITED STATES MAGISTRATE JUDGE