UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLESTER WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SERGEANT R. ANDERSON, et al.,<br><br>　　　　　Defendant. | Case No.: 1:10-cv-01250-SAB (PC)<br><br>ORDER VACATING DEADLINES FOR EXCHANGE AND FILING OF TRIAL EXHIBITS SET FORTH IN COURT'S APRIL 8, 2015, AND RE-SETTING DEADLINES |

Plaintiff Sylester Williams is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Pursuant to 28 U.S.C. § 636(c), the parties have consented to the jurisdiction of the United States Magistrate Judge.  Local Rule 302.

On July 17, 2015, the Court issued an order rescheduling this case for jury trial on November 17, 2015, at 8:30 a.m. in Courtroom 9.  (ECF No. 143.)  Consequently, the dates set forth in the Court's April 8, 2015, trial scheduling order for the exchange and filing of trial exhibits, are VACATED, and hereby re-set.

The parties shall exchange their final exhibit list and pre-marked exhibits no later than **October 13, 2015**, to be addressed at the **October 28, 2015**, motion in limine hearing.  In addition,

///

///

///

1  defense counsel shall submit three (3) complete, legible and identical set of exhibits in binders on or
2  before **November 3, 2015**.  All other provisions in the Court's April 8, 2015, order remain in full force
3  and effect.

5  IT IS SO ORDERED.

6  Dated:   **July 23, 2015**

                                                    UNITED STATES MAGISTRATE JUDGE