# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLESTER WILLIAMS,<br><br>         Plaintiff,<br><br>    v.<br><br>SERGEANT R. ANDERSON, et al.,<br><br>         Defendant. | Case No.: 1:10-cv-01250-SAB (PC)<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, PURSUANT TO PARTIES' STIPULATION<br><br>[ECF No. 148] |

Plaintiff Sylester Williams is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to 28 U.S.C. § 636(c), the parties have consented to the jurisdiction of the United States Magistrate Judge. Local Rule 302.

On July 31, 2015, the parties filed a stipulation for voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Pursuant to the parties' stipulation, the instant action is dismissed with prejudice and each party is to bear its own litigation costs and attorney's fees.

IT IS SO ORDERED.

Dated:   **August 3, 2015**

_____
UNITED STATES MAGISTRATE JUDGE

1