# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLESTER WILLIAMS, | Case No.: 1:10-cv-01250-SAB (PC) |
| Plaintiff, | |
| v. | ORDER DENYING PLAINTIFF'S MOTION TO DISMISS AS MOOT |
| SERGEANT R. ANDERSON, et al., | [ECF No. 150] |
| Defendant. | |

On August 3, 2015, the instant action filed pursuant to 42 U.S.C. § 1983 was dismissed, with prejudice, pursuant to the parties stipulation filed July 31, 2015.  (ECF Nos. 148, 149.)

On August 6, 2015, Plaintiff filed a motion to dismiss the action.  Inasmuch as this action was dismissed on August 3, 2015, Plaintiff's present motion is moot and is denied.

IT IS SO ORDERED.

Dated:   **August 10, 2015**

UNITED STATES MAGISTRATE JUDGE

1