1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                    EASTERN DISTRICT OF CALIFORNIA

7

8    SYLESTER WILLIAMS,                    )   Case No.: 1:10-cv-01250-SAB (PC)
                                           )
9             Plaintiff,                   )
                                           )   ORDER DENYING PLAINTIFF'S MOTION TO
10        v.                               )   STOP THE RETURN CHECK FEE AND ANY
                                           )   ADDITIONAL FEES
11   SERGEANT R. ANDERSON, et al.,         )
                                           )   [ECF No. 162]
12            Defendant.                   )
                                           )
13   _____        )

14        On August 3, 2015, this action filed by Plaintiff pursuant to 42 U.S.C. § 1983 was dismissed,

15   with prejudice, pursuant to the parties' stipulation.  (ECF No. 149.)

16        On March 4, 2016, Plaintiff filed a motion requesting the Court to stop the return check fee and

17   any additional fees in this action.

18        First, the Court cannot determine the nature of Plaintiff's request as he does not indicate what

19   return check fee was charged and by whom.  Second, the Court's financial records indicate that no

20   filing fee has been collected in this action.  Lastly, the stipulation for dismissal stated that each party

21   shall bear its own litigation costs.  (ECF No. 148.)  Accordingly, Plaintiff's motion must be denied.

22

23   IT IS SO ORDERED.

24   Dated:   **April 13, 2016**

25                                              UNITED STATES MAGISTRATE JUDGE

26

27

28

                                              1